JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NARCISO SANTACRUZ-HERNANDEZ, ) <br> ) <br> Defendant. ) <br> ) | NO.  CR11-5149RBL <br><br> ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE INDICTMENT UNDER SPEEDY TRIAL ACT |

The Court, having considered the parties' Joint Motion To Extend Time To File Indictment Under Speedy Trial Act finds that:

1. Mr. Santacruz-Hernandez is charged by Felony Information with Eluding Examination at Entry First and Second Offense, alleged to have occurred on or about September 23, 2005, and October 22, 2008, respectively, in violation of Title 8, United States Code, Section 1325(a)(2).  Defendant was arrested and made his Initial Appearance on March 3, 2011, at which time the Court ordered that the defendant be detained in custody pending further proceedings, and Defendant executed a Waiver of Preliminary Hearing.

2. Under the Speedy Trial Act, an Indictment charging a defendant must be filed within 30 days from the date on which the defendant was arrested or served with a summons in connection with such charges. 18 U.S.C. § 3161(b).  Hence, at the present time, the United

ORDER GRANTING JOINT MOTION
TO EXTEND INDICTMENT DEADLINE
*U.S. v. Narciso Santacruz-Hernandez (CR11-5149 RBL)*     – 1

FEDERAL PUBLIC DEFENDER
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

1  States must obtain an Indictment in this case on or before April 3, 2011, to meet the
2  requirements of the Speedy Trial Act.

3      3.    The defendant is diligently conducting an investigation into the circumstances
4  surrounding his situation at the time of his alleged offense.  The defendant does not believe
5  that his investigation will be completed by the expiration of the time to obtain an Indictment.
6  The defendant believes that the results of his investigation will be essential to preparing his
7  defense, and may facilitate a resolution of this matter.

8      4.    Accordingly, the parties are seeking an Order continuing the time within which
9  an Indictment must be filed on the ground that the "ends of justice served by taking such
10  action outweigh the best interest of the public and the defendant in a speedy trial," as
11  permitted by 18 U.S.C. §§ 3161(h)(7)(A), (B)(I) and (B)(iv).

12      5.    Given that the defense's investigation remains incomplete, and considering that
13  the defendant needs additional time to evaluate the plea offer, the parties believe that the
14  failure to grant this extension would deny the defense the reasonable time necessary for
15  adequate and effective preparation, taking into account the exercise of due diligence.  The
16  parties believe that a denial of a continuance would result in a miscarriage of justice.

17      6.    The defendant has executed a Waiver of Speedy Trial waiving rights under the
18  Sixth Amendment and the Speedy Trial Act, 18 U.S.C. §§ 3161-3174 in this regard, and has
19  further agreed that the period from April 3, 2011, until May 3, 2011, shall be an excludable
20  period of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

21      In light of the foregoing, IT IS HEREBY ORDERED that the time to file an indictment
22  be continued to May 3, 2011.  The period of delay resulting from this continuance from

23  //
24  //
   //

25
26

ORDER GRANTING JOINT MOTION
TO EXTEND INDICTMENT DEADLINE
*U.S. v. Narciso Santacruz-Hernandez (CR11-5149 RBL)*   – 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

1   April 3, 2011 to May 3, 2011, is hereby excluded for speedy trial purposes under 18 U.S.C. §
2   3161(h)(7).
3   DATED this 18th day of March, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

6   Presented by:

/s/   Linda R. Sullivan
9   Linda R. Sullivan
Attorney for Defendant

12   /s/   David R. Jennings
David R. Jennings
13   Assistant United States Attorney

ORDER GRANTING JOINT MOTION
TO EXTEND INDICTMENT DEADLINE
U.S. v. Narciso Santacruz-Hernandez (CR11-5149 RBL)     – 3

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710